UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SANDRA LILLY,

       Plaintiff,

v

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

       Defendant.

Docket No. 2:17-cv-11325

HON. TERRENCE G. BERG

| | |
|---|---|
| Ilana S. Wilenkin (P61710) | Kevin M. Blair (P76927) |
| Feldheim & Wilenkin, P.C. | Honigman Miller Schwartz and Cohn LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 30300 Northwestern Hwy., Suite 108 | 222 North Washington Square, Suite 400 |
| Farmington Hills, MI  48334-3255 | Lansing, MI  48933-1800 |
| (248) 932-3505 | (517) 377-0716 |
| ilana@lawsmf.com | kblair@honigman.com |

## STIPULATION AND ORDER TO DISMISS
## WITH PREJUDICE AND WITHOUT COSTS

The parties hereto, through their respective counsel, hereby stipulate and agree that this matter be dismissed with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Ilana S. Wilenkin (w/permission) | /s/ Kevin M. Blair |
| Ilana S. Wilenkin (P61710) | Kevin M. Blair (P76927) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Dated:  August 30, 2017 | Dated: August 30, 2017 |

25409385.1

**ORDER**

IT IS SO ORDERED.

                                      /s/Terrence G. Berg
                                      TERRENCE G. BERG
                                      UNITED STATES DISTRICT JUDGE

Dated:   August 30, 2017